

## COURT OF APPEALS FOR THE
### FIRST DISTRICT OF TEXAS AT HOUSTON

NOTICE REGARDING DOCUMENTS FILED IN CASE
STAYED FOR BANKRUPTCY

Appellate case name:     Latrice Harris v. Highland Knolls Community Association

Appellate case number:   01-15-00284-CV

Trial court case number: 908487

Trial court:             County Civil Court at Law No. 2 of Harris County

This appeal is stayed pursuant to appellee Highland Knolls Community Association's Notice of Stay, filed in this Court on April 14, 2015, stating that appellant, Latrice Harris, has filed a petition for relief under Chapter 13 of Title 11, United States Code, in Case 15-31978, *In re Latrice Harris*, in the United States Bankruptcy Court for the Southern District of Texas. *See* 11 U.S.C. § 362(a) (2000) (automatic stay in bankruptcy). Until the parties notify the Court that the bankruptcy has concluded and move to reinstate the case, the Court will take no further action other than to receive and hold any documents tendered during the period of suspension. *See* TEX. R. APP. P. 8.2.

Unless a party successfully moves to reinstate or sever, this appeal will be an inactive case on the Court's docket. *See* TEX. R. APP. P. 8.3.

Clerk's signature: /s/ Christopher A. Prine

Date: April 16, 2015